H. C. Groves, Plaintiff in Error, v. Henry M. Day, Defendant in Error.

Writ of error to a judgment of the Circuit Court for Hillsborough County.

H. P. Bailey, for Plaintiff in Error.

Dickenson & Dickenson, for Defendant in Error.

Writ of error dismissed on motion of counsel for defendant in error, on March 11th, 1913.